**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| SHANNON MCGRATH, | : No. 365 WAL 2016 |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| BUREAU OF PROFESSIONAL AND | : |
| OCCUPATIONAL AFFAIRS, STATE | : |
| BOARD OF NURSING, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of February, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by the Petitioner, are:

(1) Whether this Honorable Court should grant allocatur in a case of first impression in this Court and one of substantial public importance to consumer health and safety requiring prompt resolution involving the length of an automatic license suspension of a nurse licensee convicted of a drug felony where the Commonwealth Court incorrectly reversed its prior correct application of Section 1921(c) of the Statutory Construction Act and created a paradigm in which a nurse licensee may be suspended for as little as one day for the same conduct that bars a nurse applicant from obtaining a license for ten years?

(2) Whether the Commonwealth Court erred in ignoring case law and the principles of statutory construction when it applied the rule of lenity to a statute that was no longer ambiguous under Packer's interpretation?

(3) Whether the Commonwealth Court erred in not applying the principle of *stare decisis* as Packer was not clearly contrary to the body of law?